An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL ORLANDUS CLARK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62353

FILED

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to correct an illegal sentence.[1]  Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

In his motion filed on October 8, 2012, appellant claimed that the court erred in enhancing his sentences without first conducting a hearing on the deadly weapon enhancement and that the court erred in imposing two deadly weapon enhancements when the offenses occurred on the same date and in the same place.  Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction.  *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted.  *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-17397

(1996).  We therefore conclude that the district court did not err in denying appellant's motion.  Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Abbi Silver, District Judge
       Darryl Orlandus Clark
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk